BERTHA BRAUNHEIM, Respondent, v. JACOB BRAUNHEIM, Appellant.— Order denying defendant's motion to modify the judgment of separation herein by reducing the alimony awarded to plaintiff, affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Johnston, Adel, Sneed and Wenzel, JJ., concur.

JEAN R. BROWN, Respondent, v. JOSEPH BROWN, Appellant.— Order fixing alimony *pendente lite* and counsel fees in an action for separation modified by changing the words and figures "the sum of Three Thousand Five Hundred ($3,500) Dollars" in the second ordering paragraph thereof to "the sum of Two Thousand ($2,000) Dollars", and, as so modified, affirmed, without costs. No opinion. Lewis, P. J., Johnston, Adel, Sneed and Wenzel, JJ., concur.

In the Matter of ERNEST R. PFEIL, Appellant, against CITY OF NEW YORK, Respondent.— Appeal from an order denying a motion for leave to file a notice of claim pursuant to the provisions of section 50-e of the General Municipal Law. Order affirmed, without costs. No opinion. Lewis, P. J., Johnston, Adel, Sneed and Wenzel, JJ., concur.    [See 274 App. Div. 801.]

In the Matter of the Petition of LUDWIG WALLEITNER to Be Admitted to Become Citizen of the United States of America. UNITED STATES OF AMERICA, Appellant; LUDWIG WALLEITNER, Respondent.— In a naturalization proceeding, order granting petition of respondent and admitting him to become a citizen of the United States of America, reversed on the law and the facts, without costs, and the application denied. It was established that respondent entered into an adulterous relationship in 1941 which resulted in the procurement by his wife of a divorce in this State in 1943, and that his sworn statement in his petition of 1942 that he resided with his wife was untrue. The respondent, therefore, did not sustain the burden imposed upon him of showing his good moral character for the statutory period commencing five years prior to the filing of his petition. (*Estrin* v. *United States*, 80 F. 2d 105; *United States* v. *Wexler*, 8 F. 2d 880; *United States* v. *Unger*, 26 F. 2d 114.) Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM MUELLER, Respondent, against VELMA MUELLER, Appellant.— Order sustaining a writ of habeas corpus and awarding the care, custody and control of the infant son of the parties to his paternal grandmother, affirmed, without costs. No opinion. Lewis, P. J., Johnston, Adel, Sneed and Wenzel, JJ., concur.

RUBIN BROTHERS, Appellant, v. BRADY TRANSFER & STORAGE COMPANY, Respondent.— Action against an interstate commerce carrier (motor truck) to recover damages for the loss of beef, poultry, butter and eggs, which arrived at the consignee's place of business in a condition unfit for human consumption. There was conflicting evidence as to the condition of the goods, particularly the beef, at the time of loading it upon the trailer of the truck, as to the suitability of the manner of loading, and as to the care of the goods during transit in the carrier's custody. Judgment, entered on the verdict of a jury in favor of defendant, insofar as appealed from, reversed on the facts and a new trial granted, with costs to abide the event, on the ground that the verdict is against the weight of the credible evidence. Lewis, P. J., Johnston and Wenzel, JJ., concur; Carswell and Adel, JJ., dissent and vote to affirm.

LEWIS R. SHAPIRO et al., Appellants, v. MENANDER T. CONSTANT et al., Respondents.— Action to recover a down payment made in connection with a contract for the purchase of real property, and for damages and expenses. Order denying plaintiffs' motion for partial summary judgment, pursuant to rule 114 of the Rules of Civil Practice, affirmed, without costs. No opinion. Lewis, P. J., Johnston, Adel, Sneed and Wenzel, JJ., concur.